```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 23671
   VETTA JOHNSON
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-2868
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/17/07 and confirmed on 03/14/08.

   2.  The case was dismissed after confirmation, 12/05/2008.

   3.  The Debtor paid a total of $   3380.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEEQ SERVICING CORP | MORTGAGE ARRE | 27157.43 | .00 | 1554.30 |
| CAPITAL ONE BANK | UNSECURED | 794.60 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9875.86 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 454.05 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 223.42 | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| MCLEOD USA | UNSECURED | 134.06 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 578.88 | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 77.29 | .00 | .00 |
| T MOBILE USA | UNSECURED | 381.99 | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 256.85 | .00 | .00 |

            Summary of disbursements:
---
              SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
---

```
TOTAL CLMS ALLOWED       27157.43           .00        12777.00            .00        39934.43
PRINCIPAL PAID            1554.30           .00            .00             .00         1554.30
INTEREST PAID                 .00           .00            .00             .00             .00
TOTAL PAID                1554.30           .00            .00             .00         1554.30
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $    216.00  direct and $   1629.66  through the plan.

The Trustee received $    196.04 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE